SEALED

U.S. Department of Justice
*United States Attorney*

# United States District Court
# Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | CRIMINAL NO. _____ |
| ROBERTO CRUZ-GARCIA (2) ) | SA15CR0579 XR |
| ) | |

### ORDER FOR BENCH WARRANT

It appearing to the Court that an Indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant(s), returnable instanter to the San Antonio Division of this Court.

### Defendant

**ROBERTO CRUZ-GARCIA**

ENTERED at San Antonio, Texas, this __19__ day of __AUGUST__, 2015.

_____
UNITED STATES MAGISTRATE/~~DISTRICT~~ JUDGE

If the Defendant is arrested outside the Western District of Texas, the United States Attorney for the Western District of Texas recommends that **ROBERTO CRUZ-GARCIA** be detained without bond after a hearing.

BENCHWAR.FRM